# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRAVIS L. HAMMONS,

                Plaintiff,

v.

CHARLES MITCHELL, *et al.*,

                Defendants.

Case No. C18-0740-MJP-MAT

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on defendants' motion to strike plaintiff's declaration for entry of default. This Court, having considered defendants' motion, and the balance of the record, hereby finds and ORDERS as follows:

    (1)    Defendants' motion to strike plaintiff's declaration for entry of default (Dkt. 19) is GRANTED. Defendants seek to strike the declaration for entry of default submitted by plaintiff on October 1, 2018, arguing that plaintiff's submission is procedurally deficient and, in any event, that they are not in default because they timely filed their answer to plaintiff's amended complaint on September 19, 2018. The Court need not address defendants' argument regarding the procedural deficiencies in plaintiff's submission as the Court record confirms that defendants did,

in fact, timely file their answer to plaintiff's amended complaint within 60 days after the date designated on the notice of lawsuit and request for waiver of service of summons. Plaintiff's declaration for entry of default (Dkt. 18) is therefore moot and is STRICKEN from the record.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

Dated this 17th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge