UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS L. HAMMONS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHARLES MITCHELL, *et al.*,<br><br>                    Defendants. | Case No. C18-0740-MJP<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted;

(2)     Defendants' motion for summary judgment (Dkt. 34) is GRANTED based on plaintiff's failure to comply with the exhaustion requirement of 42 U.S.C. § 1997e(a);

(3)     Plaintiff's amended complaint (Dkt. 12) and this action are DISMISSED without prejudice; and

///

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this **30** day of **April**, 2019.

*[signature]*

MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2